■ SIDNEY COTTRELL, Appellant, v BERKSHIRE HATHAWAY, INC., Doing Business as THE BUFFALO NEWS, et al., Respondents. (Appeal No. 2.) [807 NYS2d 910]—Appeal from an order of the Supreme Court, Erie County (David J. Mahoney, J.), entered March 14, 2005. The order granted defendants' motion for summary judgment dismissing the complaint.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Kehoe, J.P., Martoche, Smith, Pine and Hayes, JJ.